COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

                                                                              )

                                                                              )

                                                                              )

                                                                              )               No.  08-05-00238-CR

                                                                              )

EX PARTE:  TONY RAY JONES                        )                    AN ORIGINAL

                                                                              )

                                                                              )     PROCEEDING IN MANDAMUS

                                                                              )

                                                                              )

                                                                              )

 

O
P I N I O N

 

Tony Ray Jones has
filed an application for a writ of habeas corpus, seeking relief from a felony
conviction.  This Court does not have
original habeas jurisdiction in criminal matters.  See Ater
v. Eighth Court of Appeals, 802 S.W.2d 241, 243
(Tex.Crim.App. 1991); Ex parte
Hearon, 3 S.W.3d 650,
650 (Tex.App.--Waco 1999, orig. proceeding); Dodson
v. State, 988 S.W.2d 833, 835 (Tex.App.--San Antonio 1999, no pet.); Ex parte Hawkins, 885 S.W.2d
586, 588 (Tex.App.--El Paso 1994, orig. proceeding).  Therefore, the application for a writ of
habeas corpus is dismissed for lack of jurisdiction.

 

July
28, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.

 

(Do Not Publish)